$500,000 PRB. SECURED BY THE DEFENDANTS HOME. TO BE SIGNED BY THE DEFT AND HIS WIFE. THE DEFT SHALL SURRENDER HIS PASSPORT AND MAKE NO NEW APPLICATIONS. TRAVEL IS RESTRICTED TO THE CONTINENTAL UNITED STATES, AND THE DEFT SHALL BE SUPERVISED BY THE DISTRICT OF RESIDENCE.

AO 100 (Rev. 06/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| United States of America | ) | |
| v. | ) | Case No. 12 CR. 89 (PAC) |
| SALMAAN SIDDIQUI | ) | |
| *Defendant* | ) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 01 2013

## AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree that we and our personal representatives, jointly and severally, are bound to pay the United States of America the sum of $ 500,000 secured by $ _____ in cash and/or **PROPERTY** (describe other security) if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter.

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

AO 100 (Rev. 06/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release

Date: Feb 1, 2012

City and state: NEW YORK, N.Y.

*Faizah Siddiqui*
Property owner's printed name

SALMAAN SIDDIQUI
*Defendant (if a property owner)*

*[signature]*
Property owner's signature

Property owner's printed name

Property owner's signature

Property owner's printed name

Property owner's signature

Sworn and signed before me.

Date: Feb 1, 2012

CLERK OF COURT

*[signature]*
Signature of Clerk or Deputy Clerk

Agreement accepted.

Date: Feb 1, 2012

UNITED STATES OF AMERICA

EUGENE INGOGLIA
*[signature]*
Assistant United States Attorney's signature

Agreement approved.

Date:

Judge's signature