# Lowenstein Sandler LLP



Nicole P. De Bello
Counsel

1251 Avenue of the Americas
New York, NY 10020
T  646 414 6838
F  973 422 6839
ndebello@lowenstein.com

October 23, 2013

**VIA ECF**

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street - Room 735
New York, NY  10007

Re:   United States v. Salmaan Siddiqui - 12 Cr. 89 (PAC)

Dear Judge Crotty:

We are counsel to Salmaan Siddiqui in the above-referenced case. Mr. Siddiqui is scheduled to be sentenced before Your Honor on Thursday, October 31, 2013.

We understand that the Probation Department has yet to begin its pre-sentence investigation with respect to Mr. Siddiqui, and we can confirm that Mr. Siddiqui has not yet been interviewed by the Probation Department. Further, there are two related cases to Mr. Siddiqui's. The defendant in the first related case is scheduled to be sentenced on November 5, 2013, and the defendant in the second related case does not yet have a sentencing date.

Accordingly, we respectfully request that the sentencing be adjourned until sometime in late March 2014. We have spoken to Assistant United States Attorney Eugene Ingoglia who consents to an adjournment until late March 2014. Two previous requests were made for an adjournment of sentencing, and both requests were granted.

Respectfully submitted,

*Nicole De Bello*

Nicole P. De Bello

NPD:der

cc:   Eugene Ingoglia, Assistant United States Attorney (via e-mail)

24910/2
10/23/13 24630345.2

*New control date* —
Application GRANTED. The sentencing is adjourned to 3/26/14 at 4:30pm in Courtroom 11-D.

SO ORDERED:

*Paul Crotty*  10-24-13
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**