# Lowenstein Sandler LLP

Nicole P. De Bello
Counsel

1251 Avenue of the Americas
New York, NY 10020
T  646.414.6838
F  973.422.6839
ndebello@lowenstein.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 24, 2014

March 24, 2014

VIA ECF

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street - Room 735
New York, NY  10007

Application GRANTED. The sentencing is adjourned to 7/30/14 at 4:00pm in Courtroom 11-D.

SO ORDERED: 3-24-14

/s/ Paul Crotty

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:   United States v. Salmaan Siddiqui - 12 Cr. 89 (PAC)

Dear Judge Crotty:

We are counsel to Salmaan Siddiqui in the above-referenced case. Mr. Siddiqui is scheduled to be sentenced before Your Honor this Wednesday, March 26, 2014.

We understand that the Probation Department has yet to begin its pre-sentence investigation with respect to Mr. Siddiqui, and we can confirm that Mr. Siddiqui has not yet been interviewed by the Probation Department. Further, the defendant in a related case, David Higgs, Mr. Siddiqui's superior at Credit Suisse Group, has yet to be sentenced. Mr. Higgs is scheduled to be sentenced on June 24, 2014.

Accordingly, we respectfully request that the sentencing be adjourned until sometime in late July 2014. We have spoken to Assistant United States Attorney Eugene Ingoglia who consents to an adjournment until late July 2014. Three previous requests have been made for an adjournment of sentencing, and each request was granted.

Respectfully submitted,

Nicole P. De Bello

cc:   Eugene Ingoglia, Assistant United States Attorney (via e-mail)

24910/2
3/24/14 29162249.1