# Lowenstein Sandler LLP

Nicole P. De Bello
Counsel

1251 Avenue of the Americas
New York, NY 10020
T  646.414.6838
F  973.422.6839
ndebello@lowenstein.com

August 8, 2014

**VIA ECF**

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street - Room 735
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-11-14
```

Re:  United States v. Salmaan Siddiqui - 12 Cr. 89 (PAC)

Dear Judge Crotty:

We are counsel to Salmaan Siddiqui in the above-referenced case. The Bail Order issued by Your Honor on February 1, 2012 required Mr. Siddiqui to surrender his passport. We have been advised by Pre-Trial Services that it requires an order directing it to release Mr. Siddiqui's passport, before they can release it to him. Last week, on July 30, 2014, Mr. Siddiqui was sentenced by Your Honor to time served, with no term of probation or supervised release. Therefore, we respectfully request that Your Honor order Pretrial Services to release Mr. Siddiqui's passport. I have spoken with AUSA Eugene Ingoglia and he consents to this request.

Respectfully submitted,

*Nicole De Bello*

Nicole P. De Bello

cc:  Eugene Ingoglia, Assistant United States Attorney (via e-mail)

24910/2
8/8/14 29162249.1

SO ORDERED: 8-11-14

*Paul Crotty*

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE